UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DO NO HARM,<br><br>                    Plaintiff,<br><br>          -against-<br><br>PFIZER INC.,<br><br>                    Defendant. | 1:22-cv-07908 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiff's emergency motion for a preliminary injunction and temporary restraining order, dated September 16, 2022.  *See* ECF No. 5 ("Emergency Motion").

IT IS HEREBY ORDERED that Plaintiff shall serve on Defendant all public filings in the above-captioned case, including the Verified Complaint, Emergency Motion, and this Order, and shall file proof of such service on ECF, by 2:00 PM on September 19, 2022.

IT IS FURTHER ORDERED that Plaintiff shall comply with the Court's Individual Rules of Practice in Civil Cases, available at this link, [https://www.nysd.uscourts.gov/hon-jennifer-l-rochon](https://www.nysd.uscourts.gov/hon-jennifer-l-rochon), including by filing a letter on ECF pursuant to Individual Rule of Practice 3(N) by 2:00 PM on September 19, 2022.

IT IS FURTHER ORDERED that the parties shall appear for a telephonic conference on the Emergency Motion on September 21, 2022 at 2:00 PM and file a joint letter on ECF by 2:00 PM on September 20, 2022 with the name, phone number, and email address of counsel who expect to appear at the conference.

Dated:  September 16, 2022
            New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge