UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DO NO HARM,

                          Plaintiff,

              -against-

PFIZER INC.,

                          Defendant.

1:22-cv-07908 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court held a conference on September 21, 2022 to discuss Plaintiff's emergency

motion for a temporary restraining order and preliminary injunction, dated September 16, 2022.

*See* ECF No. 5 ("Emergency Motion").  Plaintiff represented on the record that it is withdrawing

its request for a temporary restraining order and therefore the request for a temporary restraining

order is hereby WITHDRAWN.

Defendants' response to the Emergency Motion for a preliminary injunction is due by

October 25, 2022 and Plaintiff's reply is due by November 8, 2022.


Dated: September 21, 2022
        New York, New York

                                    SO ORDERED.

                                    JENNIFER L. ROCHON
                                    United States District Judge