

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**RE:   Plaintiff Do No Harm's unopposed request to exceed page limit for the reply in support of its preliminary injunction motion**

Dear Judge Rochon,

We write to request your leave to submit a reply in support of Do No Harm's preliminary injunction that does not exceed 20 pages. Do No Harm's reply is due on next Tuesday, November 8, 2022. Under your individual rules of practice, reply briefs are limited to 10 pages. Do No Harm respectfully requests additional 10 pages to fully address the legal issues raised in Pfizer's opposition. We conferred with counsel for Pfizer who does not oppose this request.

Dated: November 3, 2022                                Respectfully submitted,

                                                       /s/ *Thomas R. McCarthy*
Dennis J. Saffran                                      Thomas R. McCarthy
38-13 West Drive                                       Cameron T. Norris
Douglaston, NY 11363                                   Frank H. Chang
                                                       C'Zar D. Bernstein
                                                       CONSOVOY MCCARTHY PLLC
                                                       1600 Wilson Blvd., Ste. 700
                                                       Arlington, VA 22209

**CERTIFICATE OF SERVICE**

I certify that on November 3, I filed this letter motion through ECF which notified all registered counsel.

                                                       /s/ *Thomas R. McCarthy*

Request GRANTED in part and DENIED in part. The maximum page length for Plaintiff's reply is hereby extended to 15 pages.

Dated:  November 3, 2022        SO ORDERED
        New York, New York
                                _____
                                JENNIFER L. ROCHON
                                United States District Judge