# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DO NO HARM,<br><br>            *Plaintiff*,<br><br>v.<br><br>PFIZER INC.,<br><br>            *Defendant*. | Case No. 1:22-cv-07908-JLR |

## PLAINTIFF DO NO HARM'S NOTICE OF APPEAL

    Plaintiff, Do No Harm, appeals to the U.S. Court of Appeals for the Second Circuit this Court's Opinion and Order entered on December 16, 2022 (ECF 37).

Dated: January 3, 2023

Dennis J. Saffran
38-13 West Drive
Douglaston, NY 11363
(718) 428-7156
djsaffranlaw@gmail.com

Respectfully submitted,

  */s/ Cameron T. Norris*
Thomas R. McCarthy (pro hac vice)
Cameron T. Norris (pro hac vice)
Frank H. Chang (pro hac vice)
C'Zar Bernstein (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
frank@consovoymccarthy.com
czar@consovoymccarthy.com

*Counsel for Plaintiff Do No Harm*

## CERTIFICATE OF SERVICE

    I filed the foregoing via ECF, which will electronically notify all counsel of record.

Dated: January 3, 2023                              */s/ Cameron T. Norris*